

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RIDGEFIELD PERMIAN MINERALS, LLC and C. MEGAN BRENNER, | § | No. 08-25-00033-CV |
| | § | Appeal from the |
| Appellants, | | |
| | § | 143rd District Court |
| v. | | |
| | § | of Loving County, Texas |
| DOH OIL COMPANY, | | |
| | § | (TC# 20-01-971) |
| Appellee. | | |
| | § | |

**J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order Appellants to pay all costs of this appeal and this decision to be certified below for observance.

IT IS SO ORDERED this 21st day of April 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.